UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| ADRIENNE MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:14-CV-00043-RLY-WGH |
| | ) |
| AEROTEK, INC. and | ) |
| TOYOTA MOTOR MANUFACTURING, | ) |
| INDIANA, INC. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER GRANTING STIPULATION OF DISMISSAL

The Court, having considered the Stipulation of Dismissal with Prejudice submitted by the parties, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice, the parties to bear their own costs, including attorneys' fees.

Date:   10/07/2014

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.