UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| **ADRIENNE MASON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO. 3:14-CV-00043-RLY-WGH |
| | ) |
| **AEROTEK, INC. and** | ) |
| **TOYOTA MOTOR MANUFACTURING,** | ) |
| **INDIANA, INC.** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**MOTION TO WITHDRAW**
**STIPULATION OF DISMISSAL WITH PREJUDICE AND ITS PROPOSED ORDER**

Defendants, Aerotek, Inc. and Toyota Motor Manufacturing, Indiana, Inc., by counsel, respectfully ask the Court to withdraw the Stipulation of Dismissal with Prejudice [Doc. 20] and its attached Proposed Order [Doc. 20-1] which were inadvertently filed on December 18, 2014. These documents were intended to be (and have since been) filed in the correct case: Rachel Hitchcock v. Aerotek, Inc. and Toyota Motor Manufacturing, Indiana, Inc. (Cause No. 3:14-cv-00068-RLY-WGH). A proposed order is attached herewith.

/s/ Craig P. Siegenthaler
Craig P. Siegenthaler
Katherine A. Garbarino
FISHER & PHILLIPS LLP
220 West Main Street, Suite 2000
Louisville, KY  40202
Telephone:  502.561.3990
Facsimile:  502.561.3991
E-Mail:  csiegenthaler@laborlawyers.com
kgarbarino@laborlawyers.com

*Attorneys for Defendants, Aerotek, Inc. and Toyota Motor Manufacturing, Indiana, Inc.*

FPDOCS 30302047.1

## CERTIFICATE OF SERVICE

  I hereby certify that on December 19, 2014, a copy of the foregoing *Motion to Withdraw* was filed electronically. Parties may access this filing through the Court's ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

  *Counsel for Plaintiff:*

  Lauren E. Berger, lberger@bdlegal.com
  Andrew Dutkanych, ad@bdlegal.com


               */s/ Craig P. Siegenthaler*
               Craig P. Siegenthaler

               ***Counsel for Defendants***

2