UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ADRIENNE MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 3:14-cv-00043-RLY-WGH |
| | ) |
| TOYOTA MOTOR MANUFACTURING, INDIANA, INC., *et al.* | ) |
| | ) |
| Defendants. | ) |

### ORDER GRANTING MOTION TO WITHDRAW

Upon motion of Defendants, Aerotek, Inc. and Toyota Motor Manufacturing, Indiana, Inc. to withdraw the Stipulation of Dismissal with Prejudice and Its Proposed Order, inadvertently filed December 18, 2014, and the Court having reviewed the Motion and having been otherwise sufficiently advised,

**IT IS THEREFORE ORDERED** that Defendants' Motion is **GRANTED**.

Date: 12/23/2014

*/s/ William G. Hussmann, Jr.*
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.